AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| NATALIE GREENE | ) | Case No. |
| | ) | 25-mj-7070 (EAP) |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 23, 2025 and July 25, 2025__ in the county of __Atlantic__ in the _____ District of __New Jersey__, the defendant(s) violated:

| Code Section | Description of Offenses |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Convey False Information and Hoaxes |
| 18 U.S.C. § 1001(a)(2) | False Statements |
| | See Attachment A |

This criminal complaint is based on these facts:

See Attachment B

☑ Continued on the attached sheet.

_Jenna Lyle_
*Complainant's signature*

Jenna Lyle, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone__ *(specify reliable electronic means).*

Date: __11/14/2025__

*Judge's signature*

City and state: __Camden, New Jersey__   Hon. Elizabeth A. Pascal, U.S. Magistrate Judge
*Printed name and title*

CONTENTS APPROVED

UNITED STATES ATTORNEY

By:_____
PATRICK C. ASKIN, Assistant U.S. Attorney
SARA A. ALIABADI, Assistant U.S. Attorney

Date: November 14, 2025

## Attachment A

### Count One
**(Conspiracy to Convey False Information and Hoaxes – 18 U.S.C. §371)**

On or about July 23, 2025, in Atlantic County, in the District of New Jersey, and elsewhere, the defendant,

**NATALIE GREENE,**

did knowingly and intentionally conspire and agree with Co-Conspirator 1 and others to commit certain offenses, to wit: the conveying of false and misleading information, namely that three men threatened Greene with a gun while binding her with zip-ties, under circumstances where such information may reasonably have been believed, that indicated that such an activity had taken place, and that would constitute a violation of chapter 44, that is use of a firearm during and in relation to a crime of violence, that is assaulting a person on account of the performance of official duties, a violation of Title 18, United States Code, Section 924(c), contrary to Title 18, United States Code, Section 1038(a)(1).

Overt Acts

In furtherance of this conspiracy and to effect its objects, the following overt acts were committed in the District of New Jersey and elsewhere:

1. On or about July 21, a member of the conspiracy, using Co-Conspirator 1's cell phone, conducted an internet search for "zip ties near me."

2. On or about July 23, 2025, defendant NATALIE GREENE drove from one location in Pennsylvania to another location in Pennsylvania, where she paid

1

Individual 1 to cut various portions of GREENE's body, including her face, neck, back, and shoulder, with a scalpel.

3. On or about July 23, 2025, defendant NATALIE GREENE drove from Pennsylvania to Ventnor, New Jersey, picked up Co-Conspirator 1, and eventually drove to the Egg Harbor Township Nature Reserve in Egg Harbor Township, New Jersey.

4. On or about July 23, 2025, Co-Conspirator 1 called 911 and reported that both she and defendant NATALIE GREENE had been attacked by three men at gunpoint after the men called defendant NATALIE GREENE by name and referenced her employment with Federal Official 1.

5. On or about July 23, 2025, defendant NATALIE GREENE told police officers that one or more of the men who had attacked her said he had a gun and threatened to shoot her, and that one or more of the attackers had held her down and restrained her movement, cutting her body and writing on her body.

In violation of Title 18, United States Code, Section 371.

## Count Two
### (False Statements – 18 U.S.C. § 1001(a)(2))

On or about July 25, 2025, in Atlantic County, in the District of New Jersey, and elsewhere, in a matter within the jurisdiction of the executive branch of the Government of the United States, namely the Federal Bureau of Investigation ("FBI"), the defendant,

NATALIE GREENE,

did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, including the following:

- that GREENE was approached by three unknown men who physically restrained GREENE on the ground, pulled Greene's arms behind her back, and tied her ankles together with zip ties;
- that one or more of these men struck GREENE in the head;
- that one or more of these men cut into her with a sharp object;
- that one or more of the men told GREENE that he had a gun and ordered GREENE not to move; and
- that one or more of the men told GREENE to be quiet or he was going to shoot her.

In violation of Title 18, United States Code, Section 1001(a)(2).

## Attachment B

I, Jenna Lyle, am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have knowledge of the following facts based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, photographs and video recordings of the evidence. Where statements of others are related herein, they are related in substance and part. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date and time, I am asserting that it took place on or about the date and time alleged.

## The Alleged Incident

1. On July 23, 2025, at approximately 10:36 p.m., the Egg Harbor Township Police Department received a 911 call stating that two women had been attacked by three unknown men at the Egg Harbor Township Nature Reserve ("Nature Reserve"). The 911 call had been placed by Co-Conspirator 1, who described herself as a friend of Natalie Greene ("Greene"). On this date, Greene was employed on the staff of Federal Official 1.

2. During the 911 call, Co-Conspirator 1 described the alleged attack as follows:

> Operator: 911 what's your emergency?
>
> Co-Conspirator 1: I'm here at the EHT nature preserve I came here with my friend and three guys just attacked us.
>
> Operator: OK you're at the nature preserve?
>
> \* \* \*
>
> Operator: When you said they attacked you, what do you mean?
>
> Co-Conspirator 1: They were attacking her. They were like talking about politics and stuff. They were like calling her names.
>
> Operator: Did they physically touch her?
>
> Co-Conspirator 1: And they said they had a gun and they had a gun.

| | |
|---|---|
| | And they said that, and they said that. They said that if we don't be quiet they were going to shoot us. |
| Operator: | OK did you see the gun or did they just say they had one? |
| Co-Conspirator 1: | No, I didn't see it. [UI] it's like pitch black out here. |
| * * * | |
| Co-Conspirator 1: | They were more focused on her. Like I had one guy like holding me down and then the other two were on her. And I was able to run away. |
| Operator: | You were able to run away but they still have your friend? |
| Co-Conspirator 1: | Yeah. I was able to get away from the one guy but she couldn't get away from the two guys. |
| Operator: | They were holding you down? |
| Co-Conspirator 1: | Yeah. They were like trying to keep me like down so I couldn't help her. |
| * * * | |
| Co-Conspirator 1: | I don't even think they were worried about me. Like they wanted, they were like |
| Operator: | Why did you think they wanted your friend? What's your friend's name? |
| Co-Conspirator 1: | They were talking about politics, she works for [Federal Official 1]. They were like calling her like racist, calling her a whore, like like. |
| Operator: | OK. What was her name? What was her name? |
| Co-Conspirator 1: | Natalie Greene |

3. When Egg Harbor Township Police Officers arrived at the Nature Reserve, they met Co-Conspirator 1 in the parking lot area. Co-Conspirator 1 told the police

officers that she and Greene had arrived at the Nature Reserve around 10:00 pm to take a walk on the trail. According to Co-Conspirator 1, while she and Greene were walking on the trail, they were approached by three unknown men. Two of the men reportedly grabbed and held Greene down, and one of the men grabbed Co-Conspirator 1. The unknown men began talking to Co-Conspirator 1 and Greene, and they referred to Greene by her first name, "Natalie." Co-Conspirator 1 told the officers that she was able to get away from the unknown man who had attempted to restrain her, and she ran toward the parking lot. Co-Conspirator 1 then called 911 to report the attack and get help for Greene, who she thought was still out on the trail where the men had restrained her.

4. After making this report to the police officers, Co-Conspirator 1 led them out to the area where Co-Conspirator 1 claimed to have last seen Greene. The nature trail is in a heavily wooded area that is extremely dark at night. Egg Harbor Township Police Officers, using a tracking K-9 dog and with assistance from Co-Conspirator 1, located Greene just off the nature trail, approximately 2,200 feet from the parking lot.

5. When the officers located Greene, she was laying on the ground with her feet and hands bound together with black zip ties. Greene's shirt was pulled up over her head and was also secured with black zip ties. Greene was crying loudly and yelling "he has a gun; he has a gun."






6. When the officers found Greene, she had numerous lacerations on her right side, including on her face, neck, upper chest and shoulder. The words "Trump Whore" were written on her stomach and "[Federal Official 1] is Racist" was written on her back with a black marker. The police officers called for an ambulance and Greene was carried off the trail into the parking lot by the officers and then placed into an ambulance, where she was attended to by emergency medical technicians and transported to Hospital-1 in New Jersey.

7. Officer took photos of Greene's body at Hospital-1, as follows:




8. Greene received medical treatment at Hospital-1 and was later transferred to Hospital-2 in New Jersey, where she received medical treatment to close the lacerations on her face, chest and shoulder.

### Interviews of Co-Conspirator 1 and Greene on the Night of the Incident

9. Before Greene was transported from the Nature Reserve to Hospital-1, on July 23, 2025, Egg Harbor Township officers interviewed both Co-Conspirator 1 and Greene. Co-Conspirator 1 told the police officers that she and Greene had driven to the Nature Reserve together that night, in Greene's Maserati sport utility vehicle.

10. When law enforcement officers asked Co-Conspirator 1 and Greene to provide them with the keys to the Maserati, Co-Conspirator 1 appeared to become agitated. Co-Conspirator 1 asked the officers repeatedly why they needed the keys and whether they were going to search the Maserati. Co-Conspirator 1 told the police that she didn't think that the search of the Maserati was necessary and that it didn't make any sense to her.

11. One of the officers tried to explain to Co-Conspirator 1 and Greene why the search of Greene's Maserati might be necessary. Greene then consented to the search of her Maserati by the officers and signed a written form consenting to the search.

12. The Officers searched the Maserati and found two black zip ties that were similar to the black zip ties that were used to restrain Greene. The officers also found a roll of Pro Essential duct tape.

13. In an attempt to gather additional information about the men who, allegedly, had assaulted and bound Greene at the Nature Reserve, law enforcement officers from Egg Harbor Township interviewed Greene at Hospital-1. Co-Conspirator 1 was not present at this interview.

14. Greene made various statements to the law enforcement officers when they encountered her at the Nature Reserve. She also made statements to the officers during her transport to Hospital-1, as well as while she was being interviewed at Hospital-1.

15. In her statements to the officers, Greene said that she and Co-Conspirator 1 had arrived at the Nature Reserve between 9:30 p.m. and 10:00 p.m. on the night of July 23, 2025. Greene said that she did not see any other cars in the parking lot of the Nature Reserve.

16. Greene said that she was approached by 3 unknown men who attacked and restrained her. They addressed Greene by her name, and they called Greene a racist and a whore. According to Greene, one of the men said that he had a gun and he

would kill Greene if she made any noise. One of the men held an object against Greene and told Greene that it was a gun. Also, one of the men cut into her body with a sharp object. Greene also stated that one or more of the men had written on her.

17. Greene told the officers that she hadn't had any problems with anyone, prior to July 23, 2025, other than that Greene works for Federal Official 1 and that there have been "a couple of threats at work, but nothing personal to me."

**Location Data, Search of Co-Conspirator 1's Cellphone, and Video Footage**

18. On July 24, 2025, Egg Harbor Township detectives, with assistance from the Atlantic County Prosecutor's Office and the FBI, made emergency requests for cellular phone location tower data from cell service providers and obtained the location data for Greene's phone and for Co-Conspirator 1's phone for July 23, 2025.

19. The location data for Greene's phone showed that on July 23, 2025, Greene traveled to a location in Pennsylvania (which was in the same area of Pennsylvania as the studio of a scarification artist, Individual 1, who is discussed in greater detail below). Greene then traveled to a location in Ventnor, New Jersey (the area of Co-Conspirator 1's known residence). Greene then traveled to a location in Egg Harbor Township, New Jersey (the area of the Nature Reserve where Greene was found by law enforcement officers).

20. On July 25, 2025, law enforcement officers obtained a state search warrant authorizing the seizure and search of Co-Conspirator 1's cell phone. A forensic search of the phone was performed by an Atlantic County Prosecutor's Office detective. This search revealed that on July 21, 2025—two days before law enforcement officers found Greene in the Nature Preserve, bound with zip ties—the user of Co-Conspirator 1's phone had conducted a Google search for "zip ties near me."

21. On July 25, 2025, law enforcement officers went to the Dollar General Store in Ventnor, New Jersey, the same town where Co-Conspirator 1 lives. The law enforcement officers observed that the store sold 8-inch black zip ties that were consistent in color and size with the zip ties that were used to restrain Greene, which in turn were also consistent with the zip ties that were found in Greene's Maserati. The store also sold Pro Essential duct tape.

22. The law enforcement officers spoke with management of the store and obtained an in-store surveillance video footage from the store's security system. This video footage showed Co-Conspirator 1 inside the store on July 21, 2025, at approximately 6:00 p.m., which was approximately 40 minutes after the user of Co-Conspirator 1's cell phone had conducted an internet search for "zip ties near me." The video footage showed Co-Conspirator 1 purchasing other items on July 21, 2025, but it did not show her purchasing or carrying any zip ties. Notably, the video footage

only showed the cash register area and did not cover the aisle in the store where the zip ties were on display.

### Interview of Greene on July 25, 2025 Conducted by FBI Agents and Detectives

23. On July 25, 2025, Greene was interviewed by Egg Harbor Township detectives and FBI Joint Terrorism Task Force agents at the Egg Harbor Police Department. I personally participated in this interview, which was video recorded.

24. At the beginning of the interview, I identified myself as an FBI agent and showed Greene my FBI credentials. During the interview, Greene again described how Greene and Co-Conspirator 1 were walking on a trail in the Naure Reserve when they were approached by three unknown men. Greene stated that two of the men had grabbed Greene and pulled Greene's shirt up over her head, and then restrained Greene on the ground, pulling Greene's arms behind her back and tying her wrists and ankles together with zip ties.

25. According to Greene, the men had struck Greene in the head, cut into her body with an object, and "scrap[ed]" her. Greene said that it hurt her so much that she was screaming.

26. Greene stated that one of the men said he had a gun and told Greene not to move. Another man held Greene's head down on the ground.

27. Greene said she was screaming for help, and one of the men told her to be quiet or he was going to shoot her. Greene stated that she didn't actually see a gun, but one of the men pushed an object against her stomach, which she believed to be a gun. She said that she didn't see the gun because her head was covered with her shirt.

28. When asked about threats at work and why Greene thought that this assault happened, Greene advised that:

Law Enforcement: Some of the postcards that you get at work, is there anything written on them that's similar to what was done to you? The words that they used.

Greene: There's so many. I mean. Yeah, racist um. Windmills belong on your grave. Like stupid, I mean like there, they have a bunch of little things on there that they'll write on there. We have them all, you can look at all of them. But um. Yeah we keep em just. We keep all of our hate mail. We recently got like, a letter with like powder in it and stuff. A couple of the politicians got like.

Law Enforcement: That was recent?

Greene: Yeah very recent. Like maybe a week ago. And are to the point where our Chief of Staff was like you guys need to be using gloves to open the mail. Stuff like that.

Law Enforcement: This was reported to Capital Police?

Greene: Yeah, yeah. They report everything to Capital Police. But, um yeah, I mean our protesters have been really bad recently.

Law Enforcement: Does it start with Northfield Police when something like that comes in then it goes to Capital Police or do you go directly to . . .

Greene: He calls Capital Police then Northfield gets involved.

### Search of Greene's Cellphone

29. On July 25, 2025, detectives obtained a search warrant authorizing the seizure and search of Greene's cell phone. A forensic cell phone extraction was completed by Atlantic County Prosecutor's Office detectives.

30. The search of Greene's phone revealed a Reddit profile for Greene that included "followed communities" for "bodymods" and "scarification." A review of Greene's Map history revealed that Greene obtained directions to a tattoo parlor/body modification/scarification artist located in Pennsylvania, then directions to Co-Conspirator 1's residence in Ventnor, New Jersey, then a Dunkin Donuts on Atlantic Avenue in Atlantic City, and then to the Egg Harbor Township Nature Reserve.

31. There was a missed call and a voicemail from the body modification/scarification artist on July 7, 2025, advising Greene to message him on Instagram. Detectives found a waiver form from the body modification/scarifcation studio to Greene on July 23, 2025.

32. Detectives also found a series of Instagram messages with a user that was later determined to be a body modification/scarification artist in Pennsylvania (Individual 1). In these messages, Greene apologized to Individual 1 for being late and told Individual 1 that, due to heavy traffic on the way, she expected to arrive at Individual 1's studio in Pennsylvania around 2:00 pm on July 23, 2025.

### Interview of Individual 1 on July 30, 2025 Conducted by FBI Agents and Detectives

33. On July 30, 2025, I traveled with detectives to a location in Pennsylvania, and we interviewed Individual 1 at his body modification/scarification studio. A detective also spoke with another individual at the studio.

34. The studio requires clients to present identification and sign a waiver prior to the procedure. The detective obtained a copy of a consent form signed by Greene and a copy of her New Jersey driver's license. Those items were received by the studio on July 23, 2025, at 2:31 p.m.

35. Law enforcement officers were also provided with a copy of Greene's receipt from services she received at Individual 1's studio. This receipt reflected that Greene had paid the studio, with $500 in cash, for "Modwork by [Individual 1] X1 Scarification." The receipt was dated July 23, 2025, at 6:09 p.m.

36. Individual 1 provided the investigators with copies of his Instagram messages with Greene. In these messages, Greene inquired about the available types of scarification patterns, and Greene sent a photo to Individual 1 to show him the particular pattern of scarification she was interested in. Greene also asked Individual 1 about the level of pain that she could expect from the scarification procedure and the products that she could use to prevent bleeding after the procedure.

37. Individual 1 provided the investigators with photos of Greene that he took after the scarification had been completed on the afternoon of July 23, 2025, in his studio in Pennsylvania. The photos from Individual 1 reflect that the cuts made to Greene's skin by Individual 1, at Greene's request, follow the exact same pattern as the lacerations that were observed on Greene when she was found lying on the ground in the Egg Harbor Township Nature Reserve, as well as the lacerations that were observed on Greene and photographed at Hospital-1 later the same evening. The photo comparison is as follows:



Body Modification Artist Photo



Hospital-1 Photo

*Jenna Lyle*

_____
JENNA LYLE
Special Agent, FBI

Pursuant to Fed. R. Crim. P. 4.1, FBI Special Agent Jenna Lyle was sworn and attested to the contents of this affidavit in support of the complaint and arrest warrant for defendant NATALIE GREENE.

_____
HONORABLE ELIZABETH A. PASCAL
United States Magistrate Judge

Date: 11/14/2025