AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   25-mj-7070 (EAP) |
| NATALIE GREENE | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Natalie Greene                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 USC 371 (Conspiracy to Convey False Information and Hoaxes) and 18 U.S.C. 1001(a)(2) (False Statements)

Date:    11/14/2025

_____
*Issuing officer's signature*

City and state:    Camden, New Jersey

Hon. Elizabeth A. Pascal, USMJ
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                    _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:     Natalie Greene

Known aliases:

Last known residence:     328 W 17th Street, Ocean City, New Jersey 08226

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:     609- 335-1335

Place of birth:

Date of birth:     02/10/1999

Social Security number:

Height:                                      Weight:

Sex:                                         Race:

Hair:                                        Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:     believed to have one or more firearms

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:     FBI

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: