UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 25-mj-7070 (EAP) |
| v. | : | |
| NATALIE GREENE | : | SEALING ORDER |

This matter having come before the Court on the application of the United States of America (Patrick C. Askin and Sara A. Aliabadi, Assistant U.S. Attorneys, appearing) for an arrest warrant, and its concurrent application that the Criminal Complaint filed against the person named in the warrant be filed under seal, and for good cause shown,

It is this 14th day of November, 2025,

ORDERED that, with the exception of copies of the arrest warrant, the Criminal Complaint upon which its issuance was based and all other papers related to the above-captioned matter be filed under, and are hereby sealed, until the arrest of the individual named in the warrant or until further order of this Court.

HONORABLE ELIZABETH A. PASCAL
UNITED STATES MAGISTRATE JUDGE