# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

MAGISTRATE JUDGE ELIZABETH A. PASCAL

**CAMDEN** October 1, 2026

**Court Reporter:** ECR

**Title of Case:**

Case No. 1:25-mj-07070-EAP-1

UNITED STATES OF AMERICA

v.

NATALIE GREENE

**DEFENDANT PRESENT**

**Appearances:**
Patrick C. Askin, AUSA for Government
Sara A. Aliabadi, AUSA for Government
Louis M. Barbone, Esq. for Defendant

Nicholas Zotti, Pretrial Services

**Nature of Proceedings:** Bail Review Hearing
Hearing on letter from the United States requesting a bail review hearing, ECF No. 24.
Ordered conditions of bail to be continued as previously set.
Ordered monthly status conferences to be scheduled.
Adjourned.

s/Benjamin Appel
Deputy Clerk

Time Commenced: 12:58 p.m. Time Adjourned: 1:26 p.m.

Total Time in Court: 28 mins.